UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-81805-CV-COHN/MATHEWMAN

DANIEL LUGO,

    Plaintiff,

v.

JAC 711, LLC,

    Defendants.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, JAC 711, LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), files this Motion for Extension of Time to respond to Plaintiff's complaint and as grounds therefore states:

1. Defendant's response to the Complaint is currently due December 23, 2022.

2. Due to the press of other work, counsel for Defendant requests an enlargement of time until January 16, 2023, to respond to the Complaint. In addition, the parties are in settlement discussions and the additional time to respond to the Complaint will aid in that process.

3. This Motion is brought in good faith and not for the purposes of delay.

4. A proposed order granting this Motion is attached hereto.

**WHEREFORE**, Defendant respectfully requests the entry of an order granting an extension of time until January 16, 2023 to respond to the Complaint.

### CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED AND AGREED

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion

in a good faith effort to resolve the issues, and counsel for Plaintiff has agreed to the relief sought.

                                      Respectfully submitted,

                                      By: <u>/s/ Sarah Clasby Engel</u>
Sarah Clasby Engel, Esq.
Florida Bar No.: 991030
The Engel Firm
2665 S. Bayshore Drive
Suite 440
Coconut Grove, FL 33133
Telephone: 786-235-8419
E-mail: sarah@engel-firm.com

*Counsel for Defendant*