UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-81805-CV-COHN/MATHEWMAN

DANIEL LUGO,

    Plaintiff,

v.

JAC 711, LLC,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND COMPLAINT

THIS CAUSE is before the Court on Defendant's Motion for Extension of Time to Respond Complaint. The Court, having reviewed the motion, being otherwise fully advised in the premises, hereby:

ORDERED and ADJUDGED that said Motion is GRANTED.

1. The Defendant's Motion for Extension of Time to Respond Complaint attached to the Motion for Leave to File Amended Complaint is deemed filed as of this date.

2. Defendants shall file their response to the Complaint within 20 days.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, on this day of December, 2022.

_____
JAMES I. COHN
United States District Judge

Copy Provided:
Magistrate Judge William Matthewman
all counsel of record